CROWN PACKAGING TECHNOLOGY, INC. and Crown Cork & Seal USA, Inc., Plaintiffs–Appellants,

v.

BALL METAL BEVERAGE CONTAINER CORPORATION, Defendant–Appellee.

No. 2012–1258.

United States Court of Appeals, Federal Circuit.

Dec. 5, 2012.

Dale M. Heist, Woodcock Washburn LLP, of Philadelphia, PA, argued for plaintiffs-appellants. With him on the brief were Albert J. Marvellino and Aaron B. Rabinowitz.

John D. Luken, Dinsmore & Shohl, LLP, of Cincinnati, OH, argued for defendant-appellee. With him on the brief was Joshua A. Lorentz.

DYK, MOORE, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**